VILLAGE OF MILL NECK, Appellant, *v.* TOWN OF OYSTER BAY et al., Respondents.

(Submitted April 10, 1933; decided April 18, 1933.)

Motion for a reargument or to amend remittitur denied with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 252.)

FRANCIS E. DE RAISMES, Respondent, *v.* HAROLD L. R. THOMAS et al., Appellants.

(Submitted April 10, 1933; decided April 18, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 272, 698.)

GEORGE L. REED, as Administrator of the Estate of EDSON M. REED, Deceased, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued April 10, 1933; decided April 18, 1933.)

*Francis E. Cullen* for motion.

*R. E. Morris* opposed.

Motion denied on payment of ten dollars costs to respondent.